UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

VICTOR VEGA-ENCARNACION,
    Plaintiff,

v.                  CIVIL NO. 97-1370(PG)

ROBERT MATHEWS, REGIONAL
DIRECTOR, THE FEDERAL BUREAU
OF PRISONS, ET AL.,
    Defendants.

## JUDGMENT

On this same date the Court entered an Opinion and Order approving and adopting the U.S. Magistrate Judge's Report and Recommendation that the complaint be dismissed for failure to exhaust administrative remedies;

WHEREFORE, it is **ORDERED and ADJUDGED** that the present action be **DISMISSED without prejudice**.

San Juan, Puerto Rico  April  11 , 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge