RECEIVED & FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

00 MAY -2 PM 2: 29

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN. P.R.

|  |  |
|---|---|
| VICTOR VEGA-ENCARNACION,<br>Plaintiff,<br><br>v.<br><br>ROBERT MATHEWS, ET ALS.,<br>Defendants. | CRIMINAL NO.: 97-1370 (PG) |

## NOTICE OF APPEAL

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

**NOTICE IS HEREBY GIVEN,** that the plaintiff Victor Vega-Encarnacion hereby

appeals to the United States Court of Appeals for the First Circuit, this court's final judgment

dated April 11, 2000 dismissing the plaintiff's complaint.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of April 2000.

**DAVID W. ROMAN, ESQUIRE**
**BROWN & UBARRI**
El Caribe Building, Suite 1401
53 Palmeras Street
San Juan, P.R. 00901-2417
Tel. (787)725-3312/Fax (787)723-7233

CCA
5/3/00

Attorney for the Plaintiff



## CERTIFICATE OF SERVICE

I, David W. Román, Esquire, do hereby certify that on this same date, a copy of the foregoing document was delivered to: UNITED STATES ATTORNEY'S OFFICE, District of Puerto Rico, Federíco Degetau Federal Building - Room 452, 150 Carlos Chardón Avenue, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico, this this 19th day of April 2000.

David W. Román, Esquire